UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK MAJORS #700233,

    Petitioner,

v.

    Case No. 1:19-cv-593

    Hon. Hala Y. Jarbou

SHANE JACKSON,

    Respondent.
_____/

## ORDER

This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 15) on December 1, 2020, recommending that this Court deny the petition. The Report and Recommendation was duly served on the parties. Petitioner sought, and was granted, two extensions of the deadline for filing an objection. No objections have been filed, *see* 28 U.S.C. § 636(b)(1), and the Court issues this Order. The Court will also issue a Judgment in this § 2254 proceeding. *See Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013) (requiring a separate judgment in habeas proceedings). Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 15) is **APPROVED** and **ADOPTED** as the Opinion of the Court and the petition for habeas corpus relief (ECF No. 1) is **DENIED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED** as to each issue asserted. *See* RULES GOVERNING § 2254 CASES, Rule 11 (requiring the district court to "issue or deny a certificate of appealability when it enters a final

order"). Petitioner has not demonstrated that reasonable jurists would find the Court's rulings debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473 (2000); *Murphy v. Ohio*, 263 F.3d 466, 466-67 (6th Cir. 2001).

Dated:  February 22, 2021                          /s/ Hala Y. Jarbou
                                                                          HALA Y. JARBOU
                                                                          UNITED STATES DISTRICT JUDGE